## 55299. HARPER v. WOODEN.

DEEN, Presiding Judge.

This case was docketed in this court on December 7, 1977, to the calendar call of February 1, 1978. No enumeration of error or brief of appellant has been filed, and the appellant made no appearance on the call of the case. The appellant further violated our Rule 12 (b) by failing to give a correct mailing address. The appellee's motion to dismiss the appeal is therefore granted. Rule 25, Rules of the Court of Appeals.

*Appeal dismissed. Smith and Banke, JJ., concur.*

SUBMITTED FEBRUARY 1, 1978 — DECIDED FEBRUARY 16, 1978.

Otis Harper, *pro se.*
*McGahee, Plunkett, Benning, Fletcher & Harley, L. O. Fletcher,* for appellee.